IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF OHIO

FILED
OCT 26 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Lola T. Collins Welch
Plaintiff(s)

vs.

Fresenius
Defendant(s)

CASE NO. 3:21 CV 2028

JUDGE HELMI
MAG JUDGE CLAY

COMPLAINT

1) a) Lola T. Collins Welch - 3550 Executive Pkwy Ste 7-130 Toledo, Ohio 43606
   b) Fresenius - 3100 Central Ave Ste #100, Toledo, Ohio 43606
   c) Fresenius (USA Headquarters) - 920 Winter St. Waltham, MA 02451

2) Data Breach (caused injury) Possibly Libel & Slander

3) In late February 2021, I was not feeling well and had swelling in my left arm, face and neck. I called dialysis and spoke with Lisa (RN) and I told her I was going to the E.R. She asked which E.R. I told her St. Vincent Medical Center 2213 Cherry St. I arrived at St. Vincent @ 2000, their ultra sound tech was not available after 21:30, so no ultra sound was done neither was blood work ordered by the E.R. doctor and an I.V. was inserted. By there not being no blood work done how would the E.R doctor know that my calcium was low, and gave me some calcium through the I.V and sent me home. A couple days later I go to another Hospital (Flower Hospital) and their ultra sound wasn't available either but did blood work and it was confirmed a blood clot was present somewhere in my body.

4) Money Damages

Lola J. Collins Welch
Lola T. Collins Welch - 3550 Executive Pkwy Ste 7-130
Toledo, Ohio 43606
October 26, 2021.