①

Hi my name is Lola Tarrkeshia Collins Welch and my birthday is December 6, 1978; I am 42 years old, never been married, no children nor spouse, always have been single. Having children or being married was never a dream of mine although I love children. I was a free babysiter for my two brothers and thats when my mind was made up, "everything you do growing up, eventually your children will do" (you get a taste of your own medicine) what goes around comes right back around. My dreams were to take care of Mom and be a wonderful Veterinarian.

My dreams were changed on September 2, 2003; the day my Mom found my baby sister Vivia Arekeia Lea Welch, dead in her apartment. Since that day my life has been upside down, not knowing when will the sun every shine again; so far it's been overcasted. I was 24 years old back on September 2, 2003 and life was about to get exciting; just appling at the University of Toledo that July 2003 and was suppose to take my Temp driving exam on Tuesday Sept 2, 2003. I never been outside of Toledo, Ohio except to Cedar Point & OSU for a fistula grant, other than that just Toledo, Ohio.

I don't have a criminal record, no friends, no associates, just a bunch of enemies who is attacking me physically and mentally. There were times I wanted to call it & quit, then that voice says your NO quiter; why are you going to let your enemies win? Then I pick up & keep going, but for how much longer? From my identity being stolen, (2) to dialysis with no biopsy, (3) Personal Injury from Medical Professions with no help from the Medical Board and The Bar Association; all this intentional persecution and laws broken but no Lawyer, (4) No family who has my back who has also defamed & slandered my character. All I have is me and they all know that I am on dialysis, therefore I have limitations; not suppose to pick up nothing past 5lbs, but who besides me takes me shopping? When have they ever asked me



or called me to notify me that they are going to the store do I need anything or do I need a ride to the store? Never. I am 42 and I am being weighed down with pain from being hurt on the constant bases, my spirit is getting weak & tired of being persecuted for 18 years. I am being tried & sentenced without commiting a crime. however I am being tried & sentenced by those who have commited crime.

I never had to testify in court to get someone locked up, so why am I on deathrow? They are doing the crime but I am doing the time.

For an example I went to the hospital on Tuesday Oct 19, 2021 due to missing a week of dialysis (Tuesday Oct 12 was my last day there) I told Toledo Hospital what had transpired when I was discharged Sunday Oct 8, 2021 I went home. On Tuesday Oct 12, one of the Tech's (Regina) told me "you been in the hospital, what was you in the hospital for"? I told Regina that, that is private information but it was not dialysis related. Then the nurse Michele asks "where is your discharge papers"? I raised my voice and defended my position, I was listed as private, the dialysis center & Toledo Hospital sent information through the fax, therefore I don't need to show NO ONE nothing, besides you already knew that I was at Toledo Hospital so call them & get your answers from them or from Diandra or Dr Hatihat, then Julie (a misable sadistic tech) puts her two cents in a conversation that didn't concern her. Then on Wed, Oct 13 I called to speak to the facility administrator (Chrystal?) I asked her, can she call Diandra and tell her to pull up the hospital test. Chrystal starts talking about Tuesday Oct 12 & justifing Fresenius' intrusion into my Private Health Information which she was there. Then demand that I bring my discharge papers on Thursday Oct 14th."

③

I told Chrystal, No because how Toledo Hospital ran me is not going to be on the discharge papers, so why do I need to bring confidential information to you whereas only Dianda (CNP) or Hathat has excess to the records, not Fresenius. Then Chrstal says "we have some excesses". Then why do I need to bring you my discharge papers? She says, "you wouldn't understand that's why you need to bring them so I can read it". At the top of my discharge papers "Stop Heprin Flush" is in bold letters. I am on Eliquis (a blood clot in my jugular left side) and I have a hemorrhagic cyst 2cm on my Kidneys & "There is concern for neoplasm (consider MR imaging) Then there is also Menometrorrhagia & Hematuria that showed up on CT of abdomen & Pelvis on 9/8/2021. No doctor tells a patient to stop something unless its an emergency or life threatening. The arguement took place on Wednesday, Oct 13, 2021 & to this day, No Body from my Nephrology team has called me when I call their office, the Nephrologist RN (not office manager) tells me to call dialysis because they don't have none of my records. Isn't this scary. On Tuesday Oct 19 – Thursday Oct 21 I was Toledo Hospital for dialysis only. I told them I need to transfer dialysis centers because I am not going back to 3100 Central Fresenius dialysis. They are intruding & into areas of my personal life, that I am not sharing with people who can't treat me because they don't have a doctorate degree.

The social worker told me to go to 3100 Central for Saturday Oct 23rd & then to Fresenius on Sylvania (The old Davis College) for Monday Oct 25th, however there is No such instructions on the discharge papers 1-13 about dialysis transfer date & time. So on Saturday I called Fresenius on Oct 23rd (419) 539-4000 3100 Central @ 05:58 & Chanel answered the phone, I asked her am I on the schedule for today? I waited on hold for 4 minutes, and finally hung up. No one called me back either. So I missed

(3)

④

dialysis on Saturday Oct 23rd although I told them that I found another dialysis to go to but no called me back to this day. According to the law, if I don't have a dialysis center it's suppose to be done at a hospital until a chair open up.

My life has been ping pong for 11 years since the day I started dialysis April 21, 2010 to now and these people are licensed professionals who have no morals. My life is in criminals hands. that everyday I walk in there is like walking down the green mile getting ready for my lethal injection. I fear for my life regardless of heath, safety, and state of mind. I am ready to leave Toledo, Ohio and there isn't one person I am going to miss, because all the ones I am going to miss is already dead. There is no living person I need to say .... goodbye. when I leave, I will feel the weight being lifted off of me, and take in some fresh air, and exhale; let go all of that poison that was blocking my airway. Then my most inner parts can rejoice because at that moment the sun comes out and shine on my soul...... now I can finally open up and bloom into something beautiful after 18 years of being wrongfully accused.

*Lola J Collins Welch*
Lola Collins Welch
3550 Executive Pkwy Ste 7-130
Toledo, Ohio 43606

P.S. If something happens to me my money goes to Amazon — a fair and wonderful employer I have ever worked for. They have shown nothing but love and loyalty towards me.